No. 88–7537.  THOMAS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 88–7538.  PRUITT ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 88–7539.  ZANI v. ONION, JUDGE.  C. A. 5th Cir.  Certiorari denied.

No. 88–7540.  TAYLOR v. GREEN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–7541.  JOSEPH v. TEXAS.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 88–7542.  CORREA v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 88–7543.  JOHNSON v. TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 88–7546.  WILLIAMS v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 88–7547.  RAMIREZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 88–7550.  JETT v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 88–7551.  TRANBY v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 88–7552.  TAPLETTE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–7553.  GRIMALDO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–7554.  KANE v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 11th Cir.  Certiorari denied.

No. 88–7556.  STEELE v. MARYLAND BANK, N. A.  C. A. 3d Cir.  Certiorari denied.